COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Gregory Charles

Appellate case number:        01-18-01112-CV

Trial court case number:      2018-40931

Trial court:                  334th District Court of Harris County

On January 10, 2018, relator, Gregory Charles, filed a motion for temporary order to stay the trial court's Order Denying Plaintiffs' Motion to Compel signed December 4, 2018. We grant relator's motion to stay the enforcement of the trial court's December 4, 2018 order. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

It is so ORDERED.

Judge's signature: ___/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: __January 15, 2019_____